STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ERNEST BARILLARI, DEFENDANT-PETITIONER.

*Messrs. Querques & Isles* and *Mr. Harvey Weissbard* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Barry H. Evenchick* for the respondent.

September 19, 1967. Denied.

ANTHONY IMMORDINO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PAGANO CONSTRUCTION COMPANY, INC., DEFENDANT-RESPONDENT.

*Messrs. Pellettieri & Rabstein* and *Mr. John W. Devine* for the petitioners.

*Mr. Martin P. Devlin, Jr.* for the respondent.

September 19, 1967. Denied.

WILLIAM LEWIS, T/A CROSSON AND LEWIS ENTERPRISES, PLAINTIFF, v. TRAVELLERS INSURANCE COMPANY, DEFENDANT-RESPONDENT AND JOHN CURRAN AND JAMES SYKES, T/A CURRAN AND SYKES, DEFENDANTS-PETITIONERS.

*Messrs. Feinberg, Fishman & Ginsburg* for the petitioners.

*Messrs. Lloyd, Megargee, Steedle, Weinstein & Horn* for the respondent.

September 19, 1967. Granted.